UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| VENICE L. ROBERTS | ) | BANKRUPTCY CASE NUMBER 10-14695 |
| KIMBERLY S. ROBERTS | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. That Check #101 issued to Venice L. and Kimberly S. Roberts on July 19, 2011 in the amount of $367.38 has not been cashed. Said check representing the post-Petition portion of surrendered income tax refund monies, was send on July 20, 2011 to Debtors' Counsel, Ryan C. Painter, Rollo Harter & Poling, 532 Warren Street, Post Office Box 126, Huntington, IN 46750. A copy of the letter which enclosed Check #101 was sent to Venice L. Roberts, 245 Crestwood Drive, Roanoke, Indiana 46783, and Kimberly S. Roberts, 698 Posey Hill Street, Apt. 23, Roanoke, Indiana 46783.

3. That the Trustee hereby gives notice that such amount of **$367.38** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of the Debtors.

Respectfully submitted,

   /s/ Yvette Gaff Kleven
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana  46802
Telephone:  260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of October, 2011, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to:  United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to:  Ryan C. Painter, ROLLO HARTER & POLING, 532 Warren Street, Post Office Box 126, Huntington, Indiana 46750, Venice L. Roberts, 245 Crestwood Drive, Roanoke, Indiana 46783, and Kimberly S. Roberts, 698 Posey Hill Street, Apt. 23, Roanoke, Indiana 46783.



　　　　/s/ Yvette Gaff Kleven　　　　　　
Yvette Gaff Kleven